

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Charles Edward Robinson,　　　　　　　* From the 12th District Court
　　　　　　　　　　　　　　　　　　　　of Walker County,
　　　　　　　　　　　　　　　　　　　　Trial Court No. 24732.

Vs. No. 11-12-00295-CV　　　　　　　　* July 9, 2015

Austin Wiley Garcia,　　　　　　　　　* Memorandum Opinion by Willson, J.
　　　　　　　　　　　　　　　　　　　　(Panel consists of: Wright, C.J.,
　　　　　　　　　　　　　　　　　　　　Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and the cause is remanded for a new trial. The costs incurred by reason of this appeal are taxed against Austin Wiley Garcia.